# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| THOMAS HAL MARSHALL, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 1:23-cv-00657-ACA-NAD |
| MATHEW WADE, Sheriff, | ) ) ) |
| Respondent. | ) ) |

## MEMORANDUM OPINION

On June 1, 2023, the magistrate judge notified Petitioner Thomas Hal Marshall that his *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus was deficient. (Doc. 3). The magistrate judge ordered Mr. Marshall to correct those deficiencies within thirty days. (Doc. 3 at 2). When Mr. Marshall failed to comply with or otherwise respond to that order, the magistrate judge entered a report on July 18, 2023, recommending that the court dismiss this action for failure to prosecute. (Doc. 4). The magistrate judge advised Mr. Marshall of his right to file objections to that report and recommendation within fourteen days. (Doc. 4 at 2–3). The deadline for objections has passed without receipt of any objections.

A party's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. After careful consideration of the record in this case and the magistrate judge's

report, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the court **WILL DISMISS** this habeas petition **WITHOUT PREJUDICE** for failure to prosecute.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this August 10, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE